1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Case No.: *CR 07-01282-DSF-1*
11                      Plaintiff,    )    ORDER OF DETENTION
12   v.                               )    [Fed. R. Cim. P. 32.1(a)(6);
13   *ABEL RAYA REMIGIO*              )     18 U.S.C. § 3143(a)]
14                      Defendant.    )
15

16        The defendant having been arrested in this District pursuant to a warrant issued by

17   the United States District Court for the *Central District of California* for alleged

18   violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

19        The Court having conducted a detention hearing pursuant to Federal Rule of

20   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

21        The Court finds that:

22   A.    (√) The defendant has not met his/her burden of established by clear and

23        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

24        3142(b) or (c).  This finding is based on *his absconding from*

25   *Supervision; insufficient bail resources*

26   _____

27   _____

28        and/or

B.    ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____


    IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Jan. 27, 2010

ALICIA G. ROSENBERG
United States Magistrate Judge